July 17, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ANGELA WILLIAMS, Appellant

NO. 14-13-00309-CV                    V.

SHELL EXPLORATION AND PRODUCTION COMPANY - AMERICAS,
BRICE PETERSON, AND CARMIE CHATTERS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Shell Exploration and Production Company - Americas, Brice Peterson, and Carmie Chatters, signed, March 7, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Angela Williams, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.